SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

FILED

2007 OCT -2  A 11: 58

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) CR No. 07 00624 JW HRL |
|---|---|
| Plaintiff, | ) VIOLATION: 8 U.S.C. § 1326 - Illegal Re-entry Following Deportation |
| v. | ) |
| ARTURO JAIME FONSECA-RAMIREZ, | ) SAN JOSE VENUE |
| Defendant. | ) |

# INFORMATION

The United States Attorney charges:

On or about April 9, 2007, the defendant,

ARTURO JAIME FONSECA-RAMIREZ,

an alien, previously having been arrested and deported from the United States on or about October 30, 1992, June 22, 1998, March 15, 2000 and October 19, 2001, voluntarily reentered and knowingly remained in the United States and was thereafter found in the Northern District of California, the Attorney General of the United States and the Secretary for Homeland Security not having expressly consented to a reapplication by the

//

INFORMATION

1 | defendant for admission into the United States, in violation of Title 8, United States Code, § 1326.

4 | DATED:

SCOTT N. SCHOOLS
United States Attorney

MATTHEW A. PARRELLA
Chief, San Jose Branch

Approved as to form: _____
SAUSA Benjamin Kennedy

INFORMATION                                    2

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED
2007 OCT -2 A 11:58
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

**OFFENSE CHARGED**

Title 8, U.S.C. § 1326 - Illegal Re-Entry Following Deportation

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
20 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment fee

**DEFENDANT - U.S.**

▶ ARTURO JAIME FONSECA-RAMIREZ

DISTRICT COURT NUMBER

CR 07 00624 JW HRL

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM    SCOTT N. SCHOOLS
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  BENJAMIN KENNEDY

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution ____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed ____

DATE OF ARREST ▶ Month/Day/Year ____

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED ▶ Month/Day/Year ____
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount: ____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: ____
Before Judge: ____

Comments: