AO 455 (Rev. 5/85)   Waiver of Indictment

# United States District Court

_____ DISTRICT OF _____

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| V. | |
| Arturo Jaime Fonseca Ramirez | CASE NUMBER: 07-00624 JW |

I, _Arturo Jaime Fonseca Ramirez_, the above named defendant, who is accused of

8 U.S.C. § 1326

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _10/2/07_ prosecution by indictment and consent that the
Date
proceeding may be by information rather than by indictment.

FILED

OCT - 2 2007

CLERK
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

_Arturo Fonseca_
Defendant

_Lara Vinnard_
Counsel for Defendant

Before _[signature]_
Judicial Officer