UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge:** James Ware
**Date:** 10/15/2007
**Case No:** CR-07-0624 JW

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Irene Rodriguez
**U.S. Probation Officer:** N/A
**Interpreter:** Lupita Arce (Spanish)

## TITLE

U.S.A. v. Arturo Jamie Fonseca Ramirez ( C )

**Attorney(s) for Plaintiff(s):** Benjamin Kennedy
**Attorney(s) for Defendant(s):** Lara Vinnard

## PROCEEDINGS

Status/Trial Setting

## ORDER AFTER HEARING

Hearing Held. Defendant present and in custody for proceedings. The Defendant was aided by a Spanish language interpreter for proceedings. The Court continued this matter to 10/29/2007 at 1:30 PM for Further Status Hearing. Time is excluded from 10/15/2007 through 10/29/2007 to accommodate time for Defense counsel to investigate Government's discovery.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: