UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

Judge: James Ware
Date:  10/29/2007
Case No: CR-07-0624 JW

Courtroom Deputy: Elizabeth Garcia
Court Reporter: Irene Rodriguez
U.S. Probation Officer: N/A
Interpreter:   Lupita Arce (Spanish)

## TITLE

U.S.A. v. Arturo Jamie Fonseca Ramirez ( C )

Attorney(s) for Plaintiff(s): Benjamin Kennedy
Attorney(s) for Defendant(s): Lara Vinnard

## PROCEEDINGS

Disposition and Sentencing

## ORDER AFTER HEARING

Hearing Held.  Defendant Ramirez present and in custody for proceedings.  The Defendant was aided by a Spanish language interpreter for proceedings.

The Defendant plead guilty to Count One of the Information.  A plea agreement was executed in open court.  The Defendant waived referral of preparation of a presentence investigation report by the Probation Office.  The Court continued to immediate sentencing.

The Court sentenced the Defendant as to Count One of the Information.  The Defendant is committed to 37 months BOP custody; 3 years supervised release under the standard and Court imposed special condition; $100 special assessment.  Defense counsel made an oral motion for Defendant to be housed in a California facility for imprisonment.  The Court DENIED the Motion.  The Defendant was remanded to the custody of the USMS.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed/C. Escolano**
CC: